UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                          Case No. 2:16-cr-19
                                                            HON. ROBERT HOLMES BELL

LEONARD SCOTT NICKABOINE,

                Defendant.
_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on September 22, 2016 for an initial appearance and arraignment on the indictment charging him with Domestic Assault - Habitual Offender.  At that time, the Court indicated the defendant was not eligible for release as he was currently in the custody fo the State of Michigan and had appeared for the proceedings on a writ of habeas corpus ad prosequendum.

      Accordingly, the Court ordered the defendant detained pending further proceedings, with defendant reserving the right to request a detention should his status with the State of Michigan change.

      IT IS FURTHER ORDERED that defendant not have contact with G.N.M directly or indirectly.

      IT IS SO ORDERED.

Dated:   September 23, 2016         /s/ Timothy P. Greeley
                                                     TIMOTHY P. GREELEY
                                                     U.S. MAGISTRATE JUDGE